UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHAWN WHITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:18-cv-00264-RLM-MGG |
| | ) |
| BREMEN CASTINGS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by their respective counsel, hereby stipulate to dismissal of all claims in this matter, with prejudice, with each party to bear its own costs and fees.

Dated:  June 5, 2019

Respectfully submitted,

*/s/ Stephanie L. Nemeth (with permission)*
Stephanie L. Nemeth (#25721-71)
Michael P. Misch (#27970-71)
ANDERSON AGOSTINO & KELLER, P.C.
131 S. Taylor Street
South Bend, IN 46601
Tele:   (574) 288-1510
Fax:    (574) 288-1650
E-mail: nemeth@aaklaw.com
        misch@aaklaw.com

*Attorneys for Plaintiff*

*/s/ Laurie E. Martin*
Andrew W. Hull (#11218-49)
Laurie E. Martin (#26877-49)
Kristofer S. Wilson (#32805-19)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tele:   (317) 822-4400
Fax:    (317) 822-0234
Email:  awhull@hooverhullturner.com
        lmartin@hooverhullturner.com
        kwilson@hooverhullturner.com

*Attorneys for Defendant*

1013799