UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHAWN WHITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:18-CV-264 RLM-MGG |
| | ) |
| BREMEN CASTINGS, INC., | ) |
| | ) |
| Defendant. | ) |

O R D E R

Pursuant to parties' stipulated motion to dismiss [Doc. No. 27], filed by defendants, and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice. The Clerk is directed to enter judgment accordingly.

SO ORDERED.

ENTERED:   June 11, 2019

/s/ Robert L. Miller, Jr.
Judge, United States District Court