AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SHAWN WHITT,

        Plaintiff,

        v.   **Civil Action No.:**   3:18-cv-264

BREMEN CASTINGS, INC.,

        Defendant.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment
interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

**X** Other:   This case is DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1)(A)(ii).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was
reached.

**X** decided  by Judge  Robert L. Miller, Jr. on a Joint Stipulation for Dismissal.

DATE:June 12, 2019ROBERT TRGOVICH, CLERK OF COURT

By:s/K. Pflueger
 Signature of Clerk or Deputy Clerk